FILED
January 24, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-po-00200-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| FAITH L. STROHM, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, FAITH L. STROHM, Case No. 2:19-po-00200-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

___ Bail Posted in the Sum of: $

    ___ Co-Signed Unsecured Secured Appearance Bond

    ___ Secured Appearance Bond

    ___ (Other) <u>Conditions as stated on the record.</u>

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>1/24/2020</u> at <u>3:10 p.m.</u>

By _____
Edmund F. Brennan
United States Magistrate Judge